UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NEAL SALEM-CIOLINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:06CV541-SNL |
| ) | |
| MICHAEL CHERTOFF, EMILIO T. ) | |
| GONZALEZ, MICHAEL CHRISTIAN, ) | |
| and CHESTER MOYER, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice pursuant to motion. Counsel for plaintiff asserts counsel for defendant is in agreement. The Rule 16 conference set for July 14, 2006 is removed from the docket.

Dated this 13th day of July, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE